BERT M. VEGA, ESQ.
State Bar No. 173141
506 Sacramento Street
Vallejo, CA 94590
Tel. (707)558-9375

Attorney for Debtors
WARLITO DACQUEL DAGDAGAN and DOMITILLA ORDONEZ DAGDAGAN

UNITED STATES BANKRUPTCY COURT

EASTERN  DISTRICT OF CALIFORNIA

SACRAMENTO  DIVISION

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 13-21662-D-7 |
| | Chapter 7 |
| WARLITO DACQUEL DAGDAGAN AND DOMITILLA ORDONEZ DAGDAGAN, | DC No. BMV-01 |
| | NOTICE OF MOTION TO COMPEL TRUSTEE TO ABANDON THE DEBTORS BUSINESS |
| Debtors. | |

NOTICE IS HEREBY GIVEN that WARLITO DACQUEL DAGDAGAN and DOMITILLA ORDONEZ DAGDAGAN, Debtors herein, have filed a Motion and Declaration, copies of which are attached.

YOU ARE HEREBY NOTIFIED:

(i) That Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter, must be filed with the Clerk of the U.S. Bankruptcy Court Eastern District of California, Sacramento Division at the address: 501 "I" Street, Ste. 3-200, Sacramento, CA 95814 and served upon the initiating party within twenty-one (21) days of mailing of the notice; (ii) That a request for a hearing or objection must be accompanied by any declaration or memorandum of law, the objecting or requesting party wishes to present in support of its position; (iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and (iv)

Page 1 of  2

That the Debtor's attorney will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: March 8, 2013

/s/ *Bert M. Vega*

_____
BERT M. VEGA, ESQ
Attorney for Debtors