1  BERT M. VEGA, ESQ.
   State Bar No. 173141
2  506 Sacramento Street
   Vallejo, California 94590
3  Tel:   (707) 558-9375
   Fax   (707) 558-9505
4
   Attorney for Debtors
5  WARLITO DACQUEL DAGDAGAN and DOMITILLA ORDONEZ DAGDAGAN

6

7                   UNITED STATES BANKRUPTCY COURT

8                   EASTERN  DISTRICT OF CALIFORNIA

                      SACRAMENTO  DIVISION
9

10  IN RE:                              )     Bankruptcy Case No. 13-21662-D-7
                                        )     Chapter 7
11                                      )
    WARLITO DACQUEL DAGDAGAN            )     DC No. BMV-01
12          AND                         )
    DOMITILLA ORDONEZ DAGDAGAN,         )
13                                      )     **DECLARATION OF DEBTORS'**
                                        )     **ATTORNEY, BERT M. VEGA, IN**
14                                      )     **SUPPORT OF MOTION TO COMPEL**
                                        )     **TRUSTEE TO ABANDON DEBTORS**
15          Debtors.                    )     **BUSINESS**
    _____)
16

17                            DECLARATION

18       I, BERT M. VEGA, ESQ., do hereby declare:

19       1.  I am the attorney for Debtors Warlito Dacquel Dagdagan and Domitilla Ordonez

20  Dagdagan in a Chapter 7 Bankruptcy filed on February 7, 2013.   Their 341 Meeting is scheduled

21  to be held on March 13, 2013 at 3:00 pm at 501 "I" Street, Room 7B, Sacramento, CA.   The

22  matter set forth in this, my declaration, are true of my own knowledge, and if called upon to do

23  so, I could and would competently testify to them.

24       2.  Both Debtors are retired but the Joint Debtor operates a small childcare business

25  which has been declared in their Statement of Financial Affairs.

26       3.  On March 2, 2013, the Trustee brought to my attention that Joint Debtor is prohibited

27  from operating a business in a Chapter 7 bankruptcy without a court order and advised me to

28  inform Joint Debtor to cease operating her childcare business immediately.

4.   Debtors argue that the value of the childcare business is of inconsequential or of little value and benefit to the estate.  However, the operation of the business is necessary for the livelihood of the debtors to enable them to continue to pay for their daily living expenses.

5.   Debtors and Petitioners respectfully request for an Order Compelling the Trustee to Abandon the Business in favor of the Debtors because it is of inconsequential value and benefit to the estate under 11 USC § 554 (b) but of great value to the Debtors livelihood.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated: March 8, 2013

_____*/s/ Bert M. Vega*_____
BERT M. VEGA, Esq.
Attorney for Debtors