BERT M. VEGA, ESQ.
State Bar No. 173141
506 Sacramento Street
Vallejo, California 94590
Tel:   (707) 558-9375
Fax   (707) 558-9505

Attorney for Debtors
WARLITO DACQUEL DAGDAGAN and DOMITILLA ORDONEZ DAGDAGAN

UNITED STATES BANKRUPTCY COURT

EASTERN  DISTRICT OF CALIFORNIA

SACRAMENTO  DIVISION

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 13-21662-D-7<br>Chapter 7 |
| WARLITO DACQUEL DAGDAGAN<br>AND<br>DOMITILLA ORDONEZ DAGDAGAN, | DC No. BMV-01<br><br>CERTIFICATE OF SERVICE |
| Debtors. | |

I, the undersigned, certified that I am over the age of eighteen years and not a party to the above-entitled action. I am employed at the Law Office of Bert Vega, 506 Sacramento Street, Vallejo, CA 94590, by a member of the bar of this court, at whose direction I served a copy of the following document(s) on the date given below:

1. **NOTICE OF MOTION TO COMPEL TRUSTEE TO ABANDON DEBTORS BUSINESS;**
2. **MOTION TO COMPEL TRUSTEE TO ABANDON DEBTORS BUSINESS; and**
3. **DECLARATION OF DEBTORS' ATTORNEY, BERT M. VEGA, ESQ., IN SUPPORT OF MOTION TO COMPEL TRUSTEE TO ABANDON DEBTORS BUSINESS;**

by placing a true copy of each into envelope(s) with postage fully prepaid in the United States Postal Office in Vallejo, CA addressed to each person in the attached list of creditors and parties of interest..

Dated: March 8, 2013

*/s/  Maria C. Jose-Cazar*
MARIA C. JOSE-CAZAR