BERT M. VEGA, ESQ.
State Bar No. 173141
506 Sacramento Street
Vallejo, California 94590
Tel:  (707) 558-9375
Fax  (707) 558-9505

Attorney for Debtors
WARLITO DACQUEL DAGDAGAN and DOMITILLA ORDONEZ DAGDAGAN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 13-21662-D-7<br>Chapter 7 |
| WARLITO DACQUEL DAGDAGAN<br>AND<br>DOMITILLA ORDONEZ DAGDAGAN, | DC No. BMV-01<br><br>AMENDED CERTIFICATE OF SERVICE |
| Debtors. | |

    I, the undersigned, certified that I am over the age of eighteen years and not a party to the above-entitled action. I am employed at the Law Office of Bert Vega, 506 Sacramento Street, Vallejo, CA 94590, by a member of the bar of this court, at whose direction I served a copy of the following document(s) on the date given below:

**1. NOTICE OF MOTION TO COMPEL TRUSTEE TO ABANDON DEBTORS BUSINESS;**
**2. MOTION TO COMPEL TRUSTEE TO ABANDON DEBTORS BUSINESS; and**
**3. DECLARATION OF DEBTORS' ATTORNEY, BERT M. VEGA, ESQ., IN SUPPORT OF MOTION TO COMPEL TRUSTEE TO ABANDON DEBTORS BUSINESS;**

by placing a true copy of each into envelope(s) with postage fully prepaid in the United States Postal Office in Vallejo, CA addressed to each person in the attached list of creditors and parties of interest..

Dated: March 8, 2013

                                                    */s/  Maria C. Jose-Cazar*
                                                MARIA C. JOSE-CAZAR

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-2<br>Case 13-21662<br>Eastern District of California<br>Sacramento<br>Fri Mar  8 19:29:51 PST 2013 | AES Education Loan<br>P O Box 2461<br>Harrisburg PA 17105-2461 | Bank Of America<br>P O Box 982238<br>El Paso TX 79998-2238 |
| Bank Of America Visa<br>P O Box301200<br>Los Angeles CA 90030-1200 | Barclays Bank Delaware<br>P O Box 8803<br>Wilmington DE 19899-8803 | Best Buy Reward Zone Prog<br>P O Box 60102<br>City Of Industy CA 91716-0102 |
| Capital One Costco Whole<br>P O Box 5253<br>Carol Stream IL 60197-5253 | Capital One NA<br>P O Box 21887<br>Eagan MN 55121-0887 | Chase Bank One Card Serv<br>P O Box 15298<br>Wilmington DE 19850-5298 |
| Chase Card Services<br>P O Box 15298<br>Wilmington DE 19850-5298 | Chevron Federal Credit Visa<br>P O Box 790408<br>St Louis MO 63179-0408 | Chevron Texaco Card<br>P O Box 960097<br>Orlando FL 32896-0097 |
| Domitilla Ordonez Dagdagan<br>100 Windsor Way<br>Vallejo, CA 94591-6801 | Warlito Dacquel Dagdagan<br>100 Windsor Way<br>Vallejo, CA 94591-6801 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Alan S. Fukushima<br>1102 Corporate Way #100<br>Sacramento, CA 95831-6123 | GECRB OLD NAVY DC<br>P O Box 965005<br>Orlando FL 32896-5005 | HSBC Retail Services Costco<br>P O Box 6054<br>City Of Industry CA 91716-0504 |
| Home Depot Card Member Services<br>PO Box 689147<br>Des Moines IA 50368 | Home Depot Credit Card Svcs<br>P O Box 6497<br>Sioux Falls SD 57117-6497 | IRS<br>Ogden UT 84401 |
| Juniper Card Services-Visa<br>P O Box 133337<br>Philadelphia PA 19101-3337 | Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814-7304 | Sears CBNA<br>P O Box 6282<br>Sioux Falls SD 57117-6282 |
| Shell Card Center<br>P O Box 689151<br>Des Moines IA 50368-9151 | Social Security Administration<br>106 Plaza Drive Suite A<br>Vallejo CA 94591-3702 | The Home Depot Dfcch BOTH<br>P O Box 689147<br>Des Moines IA 50368 |
| Tnb-Visa<br>P O Box 673<br>Minneapolis MN 55440-0673 | Bert M. Vega<br>506 Sacramento St<br>Vallejo, CA 94590-5917 | |