|   |   |
|---|---|
| 1 | BERT M. VEGA, ESQ. |
|   | State Bar No. 173141 |
| 2 | 506 Sacramento Street |
|   | Vallejo, CA 94590 |
| 3 | Tel. (707)558-9375 |
| 4 | Attorney for Debtors |
|   | WARLITO DACQUEL DAGDAGAN and DOMITILLA ORDONEZ DABDAGAN |
| 5 |   |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE: ) Case No. 13-21662-D-7
) DCN : BMV-2
WARLITO DACQUEL DAGDAGAN ) Judge: Hon. Robert S. Bardwill
AND ) Date:   April 10, 2013
DOMITILLA ORDONEZ DAGDAGAN, ) Time:   10:00 AM
) Location: Courtroom: 34,  Dept. D
) 501 "I" Street, 6th Flr.
Debtors. ) Sacramento, CA 95814
)

## AMENDED NOTICE OF HEARING ON

## MOTION TO COMPEL TRUSTEE TO ABANDON THE DEBTORS' BUSINESS

Debtors, WARLITO DACQUEL DAGDAGAN and DOMITILLA ORDONEZ DAGDAGAN, have filed a Motion to Compel Trustee to abandon the Debtors' Business and a Declaration of Debtors Attorney in support of the Motion to Compel, copies of which are attached.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant this Motion to Compel Trustee to abandon Debtors Business, then on or before **March 27, 2013** , you or your attorney must:

File with the Court a written response to the Motion, explaining your position, at:

U.S. Bankruptcy Court, 501 "I" Street, Suite 3-200, Sacramento, CA 95814.

1    If you or your attorney mail your response to the Court for filing, it must be mailed early
2 enough so that the Court will receive it on or before the date stated above (which is 14 days
3 before the date of the hearing).
4    You or your attorney must also mail a copy to:
5    Bert M. Vega, Esq., 506 Sacramento Street, Vallejo, CA 94590
6    U.S. Trustee's Office, 501 "I" Street, Suite 7-500, Sacramento, CA 95814
7    Chapter 7 Trustee, Alan S. Fukushima, 1102 Corporate Way #100
8        Sacramento, CA 95831
9    Warlito Dacquel Dagdagan and Domitilla Ordonez Dagdagan, 100 Windsor Way,
10       Vallejo, CA 94591
11    In addition to the above address, copies of any opposition should also be served on any
12 creditor who has filed a request for special notice pursuant to Bankruptcy Rule 2002 as well as
13 all parties listed on the certificate of mailing enclosed.
14    **Also, you or your attorney must attend the hearing** on the Motion scheduled to be
15 held on the date and at the time and at the location set forth in the above heading.
16    If you or your attorney do not take these steps, the Court may decide that you do not
17 oppose the Motion of the Debtor to Compel Trustee to Abandon Debtors' Business.
18    **If you fail to file a written opposition and supporting evidence with the clerk and**
19 **served on the moving party no later than fourteen (14) days before the hearing, the Court**
20 **may resolve the matter without oral argument and the striking of untimely written**
21 **opposition**.
22 Date: March 11, 2013

                                           /s/ *Bert M. Vega, Esq.*
                                          BERT M. VEGA, ESQ.
                                          Attorney for Debtor