# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Warlito Dacquel Dagdagan and Domitilla Ordonez Dagdagan | **Case No :** | 13–21662 – D – 7 |
| | | **Date :** | 4–10–13 |
| | | **Time :** | 10:00 |
| **Matter :** | [13] – Motion/Application to Compel Abandonment [BMV–1] Filed by Joint Debtor Domitilla Ordonez Dagdagan, Debtor Warlito Dacquel Dagdagan (Fee Paid $0.00) (jgis) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Nancy Williams | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is granted and the property that is the subject of the motion is deemed abandoned.

Dated: April 12, 2013

*Robert Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court